IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF SANDRELL HORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:09cv624-MHT |
| | ) |
| RUSSELL COUNTY BOARD | ) |
| OF EDUCATION, *et al*., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The sole remaining plaintiff in this case is the Estate of Sandrell Horn. The Estate can not represent itself, and cannot proceed without a lawyer. The administrator of the Estate, Kenneth Horn, is not a lawyer and, as a non-lawyer, cannot represent the Estate. On April 7, 2011, the court ordered the Estate to secure representation by a licensed attorney authorized to practice in this court, and directed counsel to file a notice of appearance on or before June 6, 2011. On June 13, 2011, the administrator of the Estate filed a motion for an extension of time to secure counsel (doc. # 132). On June 17, 2011, the court granted the administrator an extension of time to secure counsel but specifically cautioned the administrator that if counsel did not a notice of appearance, the court would recommend that this case be dismissed. (Doc. # 134).

To date, no attorney has filed a notice of appearance. Consequently, the court concludes that this case is due to be dismissed without prejudice.

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice. It is further

ORDERED that on or before **July 28, 2011**, the parties may file objections to the Recommendation. Any objection must specifically identify the findings in the Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done this 14th day of July, 2011.

                                          /s/Charles S. Coody
                                  CHARLES S. COODY
                                  UNITED STATES MAGISTRATE JUDGE