IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF SANDRELL HORN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO.  3:09cv624-MHT |
| | )             (WO) |
| RUSSELL COUNTY BOARD | ) |
| OF EDUCATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on July 14, 2011, that this case be dismissed without prejudice. After a review of the recommendation, to which no timely objections have been filed, and after an independent review and de novo of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. # 135) is adopted.

An appropriate judgment will be entered.

Done this the 10th day of August, 2011.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE